McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO VARGAS GARCIA and<br>EDUARDO MONTERO ALEMAN<br><br>Defendants. | 2:19-mj-00159-CKD<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Allison Claire |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on October 7, 2019.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until October 17, 2019, at 2:00 p.m.
3. The defendants were brought into federal custody on September 23, 2019.  They made their initial appearances that same day.
4. The defendants are presently in custody pending trial in this matter.
5. The defendants understand that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be

filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including October 17, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: September 24, 2019    /s/ Adrian T. Kinsella
ADRIAN T. KINSELLA
Assistant U.S. Attorney

DATED: September 25, 2019    /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Armando Vargas Garcia
(as authorized on September 25, 2019)

DATED: September 25, 2019    /s/ Kelly Babineau
Kelly Babineau
Attorney for Eduardo Montero Aleman
(as authorized on September 25, 2019)

## **ORDER**

IT IS SO FOUND AND ORDERED, this 26th day of September, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE